IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.: 7:14-CV-57-KS

| | |
|---|---|
| MICHAEL LUKE BRYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING CONSENT |
| ) | MOTION TO APPEAR BY TELEPHONE |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

Upon consideration of the Consent Motion to Appear by Telephone, it is hereby ORDERED that the motion is GRANTED and counsel for Defendant shall be permitted to appear by telephone at the hearing scheduled for January 14, 2015 at 10:00 AM.

So ordered this 4;ýj "day of F gego dgt 2014.

Kimberly A Swank
United States Magistrate Judge

1