UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MICHAEL LUKE BRYAN,
    Plaintiff,

v.

CAROLYN W. COLVIN,
*Acting Commissioner of Social Security*,
    Defendant.

**JUDGMENT**

No. 7:14-CV-57-KS

**DECISION BY THE COURT.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court denies the Plaintiff's Motion for Judgment on the Pleadings [DE-13], grants the Defendant's Motion for Judgment on the Pleadings [DE-21] and AFFIRMS the Commissioner's decision.

This judgment filed and entered on 3/30/2015, *with electronic service* upon the following:

James B. Gillespie, Jr. - *plaintiff's counsel*
Marc D. Epstein - *defendant's counsel*

**JULIE RICHARDS JOHNSTON,**
CLERK, U.S. DISTRICT COURT

/s/ *Shelia D. Foell*
Deputy Clerk of Court